# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:11-cv-2117-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 6) |
| JERRY BROWN, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action. On December 16, 2011, the Court issued an order regarding consent or decline of magistrate judge jurisdiction. Doc. 3. On December 22, 2011, the Court issued a second order. Doc. 5. On February 6, 2012, the Court issued a third order. Doc. 6. As of the date of this order, Plaintiff has not filed a response.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** why this action should not be dismissed for failure to obey a court order. Failure to respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  June 21, 2012                              /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE

1