1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

               Plaintiff,

    v.

BROWN, et al

               Defendants.

**Case No. 1:11-cv-02117-SMS**

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER**

**(ECF NO. 13.)**

**RESPONSE DUE WITHINFIFTEEN (15) DAYS**

       Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on December 15, 2011. (ECF No. 1.) In the complaint, Plaintiff appears to allege that Governor Brown has given C/O Guzman authority and power within Central California Women's Facility which C/O Guzman uses to direct prison personnel to abuse and harass her in violation of the Eighth Amendment. However, Plaintiff failed to state the dates of the occurrences of which she complains and merely stated many conclusions rather than detailed factual allegations.

       Thus, on April 22, 2013, an order issued requiring Plaintiff to submit a more definite

statement of facts, within thirty (30) days of its issuance, to enable the Court to screen the

Complaint in compliance with 28 U.S.C. § 1915A.  (ECF No. 13.)  That same order indicated that

Plaintiff's failure to comply as directed may result in the dismissal of this action under Rule 41(b)

of the Federal Rules of Civil Procedure without further notice.  (Id.)  More than thirty days have

now passed and Plaintiff has neither provided the more definite statement of facts; nor has she

requested an extension of time to comply, or otherwise responded to the Court's order.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or

within the inherent power of the Court, including dismissal of an action, based on Plaintiff's

failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, it is HEREBY ORDERED that:

1.  within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a

    written response to the Court, showing cause why this case should not be dismissed

    for Plaintiff's failure to obey the Court's order of April 22, 2013; and

2.  Plaintiff's failure to comply with this order will result in the dismissal of this action

    without further notice.

IT IS SO ORDERED.

   Dated:   **June 6, 2013**                    **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

2